UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:06-CR-69 (01)RM |
| | ) | |
| DEVON GROVES | ) | |

## OPINION AND ORDER

Devon Groves was convicted of unlawful possession of ammunition and a firearm in violation of 18 U.S.C. 922(g)(1) following a jury trial in February 2007, and was sentenced to a aggregate term of 240 months imprisonment. His conviction and sentence were affirmed on appeal in March 2009. Mr. Groves is now before the court requesting a transcript of the voir dire, opening and closing statements, and jury instruction conference, and a copy of the verdict form.

Mr. Groves may obtain copies of the transcripts he seeks for a fee by contacting the court reporter at (574) 246-8039, but his right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended.[1]

---

[1] 28 U.S.C. § 753(f) provides in pertinent part:
   Fees for transcripts furnished in criminal proceedings to persons proceeding under the Criminal Justice Act (18 U.S.C. § 3006A), or in habeas corpus proceedings to persons allowed to sue, defend, or appeal in forma pauperis, shall be paid by the United States out of moneys appropriated for those purposes. Fees for transcripts furnished in proceedings brought under section 2255 of this title to persons permitted to sue or appeal in forma pauperis shall be paid by the United States out of money appropriated for that purpose if the trial judge or a circuit judge certifies that the suit or appeal is not frivolous and that the transcript is needed to decide the issue presented by the suit or appeal.

Accordingly, Mr. Grove's request for transcripts [Doc. No. 26] is DENIED. His request for a copy of the jury verdict form is GRANTED. The Clerk is directed to send Mr. Groves a copy of Doc. No. 94.

SO ORDERED.

ENTERED:   January 7, 2011   

/s/ Robert L. Miller, Jr.
Judge
United States District Court

cc: D. Groves
    J. Barrett